Hauck *v.* Grautham.

---

## HAUCK *v.* GRAUTHAM.

PLEADING.—It is a sufficient allegation of marriage, in a complaint for criminal conversation with the plaintiff's wife, that, at the time she was debauched, she was his wife.

Hauck *v.* Grautham.

PRACTICE IN SUPREME COURT.—An alleged error, by the Court below, in suppressing a deposition, where no exception is taken, and the deposition is not set out in the record, is not available here.

APPEAL from the *Tipton* Circuit Court.

*Per Curiam.*—The complaint in this case alleges that *Hauck,* who was the defendant, intending to injure *Grautham,* the plaintiff, and to deprive him of the fellowship, society, aid and assistance of *Elizabeth Grautham,* his, plaintiff's, wife, did on, &c., at, &c., debauch and carnally know her, the said *Elizabeth,* she then and there being the wife of said plaintiff, &c. Defendant demurred to the complaint, but the demurrer was overruled and he excepted. He then answered by a denial. Verdict for the plaintiff, upon which, the Court, having refused a new trial, rendered judgment.

The complaint is said to be defective because it fails to allege the marriage of the plaintiff with *Elizabeth Grautham.* There is nothing in this objection. The allegation that, at the time she was debauched, she was his wife, is sufficient. The record shows that the Court, upon the plaintiff's motion, suppressed a deposition taken by the defendant. This ruling is assigned for error; but no exception appears to have been taken by the defendant to that ruling, nor is the deposition set out in the transcript; hence the alleged error is not available.

The judgment is affirmed, with 10 per cent. damages and costs.

*J. W. Robinson,* for the appellant.

*N. R. Lindsay,* for the appellee.